1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11   SERGIO RAMERIZ URQUIZO,                 )   Case No.: 1:12-cv-01908 - JLT
                                             )
12              Plaintiff,                   )   ORDER GRANTING DEFENDANT'S MOTIONS
                                             )   TO STAY
13         v.                                )
                                             )
14   CAROLYN COLVIN,                         )   (Doc. 16)
     Acting Commissioner of Social Security, )
15                                           )
                Defendant.                   )
16   _____)

17          Counsel for Carolyn Colvin, Acting Commissioner of Social Security, requests a stay in this

18   action "until Congress has restored appropriations." (Doc. 16). As counsel notes, "the Appropriations

19   Act that had been funding the Department of Justice expired and appropriations to the Department

20   lapsed" on September 30, 2013. (Doc. 16 at 1). As a result, "Department of Justice attorneys and

21   employees of the Social Security Administration are prohibited from working, even on a voluntary

22   basis, except in very limited circumstances, including 'emergencies involving the safety of human life

23   or the protection of property.'" *Id.* at 1-2 (quoting 31 U.S.C. § 1342).

24          The Supreme Court explained the "power to stay proceedings is incidental to the power inherent

25   in every court to control the disposition of the causes on its docket with economy of time and effort for

26   itself, for counsel, and for litigants." *Landis v. North American Co*., 299 U.S. 248, 254-255 (1936). To

27   evaluate whether to stay an action, the Court must the weigh competing interests that will be affected

28   by the grant or refusal to grant a stay. *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). Among

1

1   these competing interests are: (1) the possible damage which may result from the granting of a stay; (2)

2   the hardship or inequity which a party may suffer in being required to go forward; and (3) the orderly

3   course of justice measured in terms of simplifying or complicating of issues, proof, and questions of

4   law which could be expected to result from a stay.  *Id.* (citing *Landis*, 299 U.S. at 254-55)).

5       The party seeking a stay "bears the burden of establishing its need."  *Clinton v. Jones*, 520 U.S.

6   681, 708 (1997) (citing *Landis*, 299 U.S. at 255).  The Supreme Court explained, "If there is even a fair

7   possibility that the stay . . . will work damage to some one else," the party seeking the stay "must make

8   out a clear case of hardship or inequity."  *Landis*, 299 U.S. at 255.  The decision whether to grant or

9   deny a stay is committed to the Court's discretion.  *Dependable Highway Express, Inc. v. Navigators*

10  *Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007).

11      In this action, Plaintiff filed a motion for summary judgment on September 11, 2013 (Doc. 15),

12  and Defendant's response to the motion is due no later than October 11, 2013.  (*See* Doc. 7-1 at 4).

13  However, counsel for Defendant is precluded from working on this action "until Congress has restored

14  appropriates to both the Department of Justice and Social Security Administration."  (Doc. 16 at 2).

15  Plaintiff's counsel, Ms. Haley, does not oppose the entry of a stay.  *Id.*  It does not appear Plaintiff

16  would suffer any damage upon the entry of a stay, and Defendant's counsel has set forth "a clear case

17  of hardship" with the inability to respond to the motion for summary judgment.

18      Based upon the foregoing, **IT IS HEREBY ORDERED**:

19      1.   Defendant's motion to stay (Doc. 16) is **GRANTED**;

20      2.   The matter is **STAYED** pending a resolution from Congress; and

21      3.   Defendant **SHALL** file a status report <u>within seven days</u> of the restoration of funding to

22          the Department of Justice and Social Security Administration.

23

24  IT IS SO ORDERED.

25  Dated:   **October 1, 2013**                    **/s/ Jennifer L. Thurston**

26                                    UNITED STATES MAGISTRATE JUDGE

27

28