UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO RAMIREZ URIQUIZO,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:12-cv-01908 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 28) |

On October 28, 2014, Plaintiff Sergio Ramirez Uriquizo and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d) and 1920. (Doc. 28).

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $6,460.00 is **AWARDED** to Plaintiff, Sergio Ramirez Uriquizo.

IT IS SO ORDERED.

Dated:   **October 30, 2014**           **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

1